IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY DWAYNE WILLIAMS**                                                                 **PLAINTIFF**
**ADC #142732**

v.                              Case No. 4:14-cv-00454-KGB

**DOES**                                                                                **DEFENDANTS**

## ORDER

Plaintiff Bobby Dwayne Williams has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the defendants named in Mr. Williams's complaint and amended complaint, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

The Clerk of the Court is directed to transfer immediately Mr. Williams's entire case file to the United States District Court for the Western District of Arkansas.

SO ORDERED this 13th day of August, 2014.

_____
Kristine G. Baker
United States District Judge